IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ERIC A. KELLY,

    Petitioner,

v.

WARDEN FLOURNOY,

    Respondent.

CIVIL ACTION NO.: 2:15-cv-58

**O R D E R**

Respondent has moved to dismiss Petitioner's action for habeas corpus relief. (Doc. 7) Petitioner is hereby ORDERED to file any objections to the Respondent's motion for a dismissal, or to otherwise inform the court of his decision not to object to Respondent's motion within twenty-one (21) days of the date of this Order. If Petitioner does not respond to Respondent's motion within twenty-one (21) days, the Court will determine that there is no opposition to the motion and grant the motion as unopposed.

**SO ORDERED**, this 20th day of July, 2015.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA